**Mrs. John Victor SPEAKS, Appellant, v. Herman F. KARASEK, Appellee.**

No. 10056.

United States Court of Appeals District of Columbia Circuit.

Submitted May 13, 1949.

Decided May 23, 1949.

Mr. John M. Webster, Washington, D. C., was on the brief for appellant.

Messrs. Ernest A. Swingle, Edwin A. Swingle, and Allan C. Swingle, Washington, D. C., were on the brief for appellee.

Before CLARK, WILBUR K. MILLER, and PRETTYMAN, Circuit Judges.

PER CURIAM.

We find no substantial error in the record. The judgment of the District Court is, therefore, affirmed.